UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                                  Case No. 16-14989-RBR

OLEG LUKOV,                                                                Chapter 7

     Debtor.
_____/
ELLA BURBACKI, Creditor

     Plaintiff,

vs.                                                                                       Adv. Proc. No. 17-01272-RBR

OLEG LUKOV,

     Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Ella Burbacki, by and through her undersigned counsel, and hereby files this Notice of Voluntary Dismissal with Prejudice against Defendant, Oleg Lukov, with all parties to bear their own attorney's fees and costs.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 10th day of August, 2017, to all parties on the attached Mailing List.

                                                        POLLACK, POLLACK & KOGAN, LLC
                                                        *Attorneys for Creditor, Ella Burbacki*
                                                        44 West Flagler Street, Suite 2050
                                                        Miami, Florida 33130
                                                        Primary Email:     luda.kogan@ppkfirm.com
                                                       Secondary Email:  diosi.perez@ppkfirm.com
                                                       Tel: (305) 373-9676

Fax: (305) 373-9679

By: /s/ Lyudmila Kogan
Lyudmila Kogan, Esq.
Fla. Bar No. 69405

Mailing List:

**Oleg Lukov**
**c/o Jason E. Slatkin, Esq.**
Slatkin & Reynolds, P.A.
Email: jslatkin@slatkinreynolds.com